UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:17-CR-297-H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LAVARIUS THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's motion to seal DE ##33, 35, 37, and 39 because they contain discovery information subject to a Discovery Disclosure Agreement entered on October 19, 2017. Good cause having been shown and the court having dismissed as moot the motions to which these materials relate upon Defendant's plea of guilty, Defendant's motion [DE #48] is granted. The clerk is directed to seal DE ##33, 35, 37, and 39.

This 29th day of May 2018.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge